**EXHIBIT B**

F0108
Fee: $


Michael Watson
SECRETARY OF STATE

2021123475
Business ID: 1174398
Filed: 03/12/2021 03:45 PM
Michael Watson
Secretary of State

## 2021 LLC Annual Report

### Business Information

*Business ID:* 1174398

*State of Incorporation:* MS

*Phone:* (***)***-****

*FEIN:* **-*******

*Business Name:* Great Escapes Pelahatchie Management, LLC

*Business Email:* rjenkins@jenkinsorg.com

*Principal Address:* 2539 South Gessner Suite 13
Houston, TX 77063

### Registered Agent

*Name:* Capitol Corporate Services, Inc.

*Address:* 248 E Capitol St., Ste 840
Jackson, MS 39201

### Managers and Members

#### Managers

| Name: | Address: |
|---|---|
| Ricky L. Jenkins<br>*Manager* | 2539 S. Gessner Road, Suite 13<br>Houston, TX 77063 |

#### Officers

| Title/Name: | Address: | Director: |
|---|---|---|
| **President:** | | ☐ |
| **Vice President:** | | ☐ |
| **Secretary:** | | ☐ |
| **Treasurer:** | | ☐ |

☑ This LLC has a written Operating Agreement.

P.O. BOX 136
JACKSON, MS 39205-0136    TELEPHONE: (601) 359-1633

## NAICS Code/Nature of Business

721211 - RV (Recreational Vehicle) Parks and Campgrounds

## Signature

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *03/12/2021*.

*Name:*  
Nick Baggett  
*Other*

*Address:*  
6002 Rogerdale Road Suite 200  
Houston, TX 77072

## Officers List

*Name:*

Ricky L. Jenkins
*Manager*

*Address:*

2539 S. Gessner Road, Suite 13
Houston, TX 77063