# EXHIBIT C

## IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

HEITH PRITCHETT AND AMY PRITCHETT,
Parents and Next Friends of K.P. **PLAINTIFFS**

VS. CAUSE NO. 21-247

*FILED NOV 22 2021 REBECCA N. BOYD, CIRCUIT CLERK BY M*

GREAT ESCAPES PELAHATCHIE, LP,
d/b/a JELLYSTONE PARK YOGI ON THE
LAKE PELAHATCHIE;
LEISURE SYSTEMS, INC. AND
JOHN DOES 1 THRU 10 **DEFENDANTS**

### COMPLAINT

**COME NOW** the Parents and Next Friends of K.P., Heith and Amy Pritchett ("Plaintiffs") and for cause of action files this their Complaint against the Defendants, Great Escapes Pelahatchie, LP, d/b/a Jellystone Park Yogi on the Lake Pelahatchie, Leisure Systems, Inc. and John Does 1 thru 10 ("Defendants"), showing unto this Court the following, to-wit:

### PARTIES

1.

The Plaintiffs, Heith and Amy Pritchett are adult resident citizens of Washington County, Mississippi. K.P. is a minor resident citizen of Washington County, Mississippi and the daughter of Heith and Amy Pritchett (collectively "Plaintiff").

2.

Defendant, Great Escapes Pelahatchie, LP, d/b/a Jellystone Park Yogi on the Lake Pelahatchie are entities as follows, to-wit: Great Escapes Pelahatchie, LP, is a Mississippi Limited Partnership, organized and existing under the laws of the State of Mississippi and in good standing.

As such, Great Escapes Pelahatchie, LP, has one general partner, Great Escapes Pelahatchie Management, LLC, a Limited Liability Company, organized and existing under the laws of the State of Mississippi.

Leisure Systems, Inc., is a corporation organized, existing, in good standing and having its principal of business in Milford, Ohio.

That collectively these parties are referred to herein as "Defendants" and the process of this Court may be had upon the Defendants pursuant to Rule 4, *Mississippi Rules of Civil Procedure.*

3.

Although Plaintiffs allege that the named Defendants may be the sole Defendants responsible in whole or in part to Plaintiffs, Plaintiffs also bring this action against John Does 1 through 10, pursuant to MRCP Rule 9(h), said Defendants being other individuals, partnerships, corporations, limited liability companies or like entities, who, through their actions, may be liable to Plaintiffs in contributing to the injuries sustained by her and as set forth herein.  (These Defendants are also collectively referred to as "Defendants").

Page -2-

4.

For all times relevant, and for purposes of this Complaint, Defendants, Great Escapes Pelahatchie, LP, and its general partner, Great Escapes Pelahatchie Management, LLC, a Limited Liability Company, are resident citizens of the State of Mississippi.

Leisure Systems, Inc., is a foreign corporation, doing business in the State of Mississippi.

For the pendency of this action and for all times herein mentioned, Defendants owned, operated, licensed, managed and/or controlled Jellystone Park Yogi on the Lake Pelahatchie, including all recreational facilities thereon as well as the entire premises thereon.

**JURISDICTION AND VENUE**

5.

The Circuit Court of Rankin County, Mississippi, has jurisdiction of the subject matter, and venue is proper as the events herein sued upon occurred on or about July 31, 2021.

**FACTS**

6.

Defendants operate a camp park and resort in Rankin County, Mississippi and near Pelahatchie, Mississippi.

7.

Defendants operate said park offering an array of recreational facilities at the park, which include but are not limited to swimming pool, splashpad, and other like amenities for the purpose of entertaining, attracting and providing "fun" activity for participants at the park, for campers and other invitees.

8.

In maintaining these facilities, the Defendants readily expect that participants at the park, residents of the park, and other invitees (paying customers) will utilize the park facilities and amenities and in doing so readily expect that those facilities will be safe, clean and free of noxious or other hazardous contaminants within and about the facilities offered at the park.

9.

That the Mississippi State Department of Health ("Department") in its obligation to care for the citizens of the State of Mississippi identified at the Defendants' facility in Rankin County, Mississippi, several cases of *E.coli* infections associated with the swimming pool, splashpad and other facilities at the park. The Plaintiffs and their minor child were invitees of the park on or about July 31, 2021; without notice of any issue concerning the potential for infectious diseases to affect them, the Plaintiffs and their minor child utilized the park facilities.

10.

During the process of utilizing the facilities offered to the public, the minor child K.P. came in contact with *E.coli 0157*.

The effects of the exposure were not immediate; however, the typical and usual affects of the exposure brought about by same in the minor child and thereafter lead to the minor child's admission to Blair Batson Children's Hospital in Jackson, Hinds County, Mississippi, where she was admitted and treated.

11.

As K.P. is a minor child, cases of *E.coli* infection are most serious in young children, and in the elderly; striking the immune system in those age populations who are most vulnerable and susceptible to this bacteria.

That same is dangerous, and in some cases lethal -- can bring about cramps, vomiting, fever, diarrhea and in extreme cases renal failure which may lead to the need for dialysis or otherwise.

## COUNT I - PREMISES LIABILITY

12.

Plaintiffs repeat and re-allege each and every allegation set forth in Paragraphs 1 through 11 of this Complaint.

13.

At all times relevant, K.P. and her parents ("Plaintiffs" herein) were invitees of the Defendants. Plaintiffs utilized the facilities at the park and in doing so came in contact with the *E.coli* bacteria through the use of the facilities, pools, splashpads and otherwise.

14.

Defendants own and operated the park as located at 143 Campground Road, Pelahatchie, Mississippi, and at all times were in control of the park, in the operation of the park and were charged with maintaining same in a healthy, secure and germfree environment.

15.

As alleged, *E.coli* is harmful, is a potential lethal pathogen when ingested and can cause serious health issues to those who are exposed to same.

16.

Defendants had a duty to uncover and reveal all dangerous conditions existing at the park and to correct same by cleaning, warning, and maintaining the park, its equipment, the premises and facilities in a reasonable condition.

17.

Defendants failed to exercise reasonable care to protect persons utilizing the facility of the park, including K.P. from the known transmission and contact with *E.coli*.

As Plaintiffs were invitees, Defendants owed them a duty of reasonable care, which they breached and for which they are liable for the hereinafter described damages.

## COUNT II - NEGLIGENCE

18.

Plaintiffs repeat and re-allege each and every allegation set forth in the preceding paragraphs of this Complaint.

19.

That the Defendants knew or should have known of the outbreak, the presence and existence of the *E.coli* bacteria at the park.

20.

As such, Defendants failed to maintain the premises, the equipment, facilities or otherwise in a safe condition, free of said *E.coli* or other bacteria which has caused the severe injuries from which K.P. is now suffering.

21.

That the Defendants are negligent and failed to exercise reasonable care to protect those invitees and patrons of the park, including K.P. for the known dangers of *E.coli* transmission in the following manner, if not others:

    a.    Failure to properly train facility employees on the proper operation of pools, splashpad or other facilities at the park.

b. Failure to properly train and/or maintain the facilities of the park (including the pool, splashpad or otherwise) with the use of chemical monitoring, usage, recording, maintenance, and fecal response procedures in compliance with applicable regulations or otherwise.

c. Failure to maintain adequate records and documentation including pool logs, ORP logs, water chemistry, temperature, test results, or regular bacteriological water analysis from within or through an independent laboratory as well as clean-up procedures within dictated industry standards.

d. Failure to maintain the use of chemicals, chemical use logs, testing, or such other preventative maintenance whereby the facilities of the park (pool and/or splashpad) would be maintained in a safe, secure and/or orderly manner as standards require for the use of such facilities by invitees and the public.

e. Failure to use appropriate systems in cleaning, maintaining, operating, monitoring, and inspection of the pool and/or splashpad, the filtration system, circulation and underlying components.

f. Failure to construct, design or to insure proper water circulation, water quality, filtration, input/output and other standards promulgated for the safe use of said facility by invitees, patrons or otherwise; and

g. Were generally negligent in maintaining, keeping and operating their facility and for which, if done so, would have prevented such an outbreak.

22.

That as a direct and proximate result of the negligence as aforementioned, K.P. was exposed to *E.coli* on or about July 31, 2021, and that such exposure has lead to hospitalization of K.P. and which has resulted in K.P.'s severe and significant damages.

**DAMAGES**

23.

Plaintiff repeats and re-alleges each and every allegation set forth in the preceding paragraphs of this Complaint.

24.

That the actions, conduct of the Defendants herein constituted gross negligence, and as such Plaintiffs are entitled to punitive damages.

25.

That as a direct and proximate result of the aforementioned negligence, including gross negligence, Defendants are liability under Mississippi law to Plaintiffs for injuries and damages caused, including, but not limited to, the following:

a. Past, present and future medical expenses;

b. Physical injury;

c. Permanent injuries;

d. Past, present and future pain and suffering, emotional distress, mental anguish;

Page -9--

e. Economic damages;

f. Out-of-pocket expenses;

g. Loss of enjoyment of life;

h. Punitive damages;

i. All other damages of every kind to the Plaintiffs to which they are entitled by law; and

j. All injuries and damages shown by the evidence introduced in this case.

26.

Plaintiffs hereby requests any and all prejudgment interest, post judgment interest, court costs, attorney fees, and all other costs and/or damages that they may be entitled to under Mississippi law.

27.

That at the time of the incident herein, K.P. was 2 years of age, in good health and had a reasonable life expectancy of 79.2 additional years.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs demand a trial by jury and request that a judgment be entered against the Defendants, jointly and severally, for compensatory, punitive and other damages in a sum in excess of the minimum jurisdictional amount of the Circuit Court of Rankin County, Mississippi.

THIS, the 18TH day of November, 2021.

*[signature]*
JOHN H. DANIELS, III - MSB #5788
Attorney for Plaintiffs

*[signature]*
BASKIN L. JONES, MSB #103589
Attorney for Plaintiffs

OF COUNSEL:

JOHN H. DANIELS, III
DYER, DYER, JONES & DANIELS
Post Office Box 560
Greenville, Mississippi 38701
Tel:  (662) 378-2626
Fax: (662) 378-2672
Email: jhdiii@suddenlinkmail.com

BASKIN L. JONES
JONES LAW, P.A.
3417 N. State Street
Jackson, MS 39216
Tel: (601) 272-2406
Fax: (866) 374-1815
Email: baskinjones@gmail.com

**EXHIBIT C**

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2020)

**Court Identification Docket #:**
County #: 61 | Judicial District: CO | Court ID (CH, CI, CO): CI
**Case Year:** 2021
**Docket Number:** 247
Local Docket ID: [blank]

**Month / Date / Year:** 11 / 22 / 21
*This area to be completed by clerk*
Case Number if filed prior to 1/1/94: [blank]

In the **CIRCUIT** Court of **Rankin** County — Judicial District: [blank]

### Origin of Suit
- [X] Initial Filing
- [ ] Reinstated
- [ ] Remanded
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

### Plaintiff
**Individual:** Last Name: Pritchett | First Name: Heith | Maiden Name: [blank] | M.I.: [blank] | Jr/Sr/III/IV: [blank]

- [ ] Check if Individual Plaintiff is acting as Executor(trix) or Administrator(trix) of an Estate — Estate of: [blank]
- [ ] Check if Individual Plaintiff is acting as Business Owner/Operator (d/b/a) or State Agency — D/B/A or Agency: [blank]

**Business:** [blank]
- [ ] Check if Business Plaintiff filing in name of entity other than above — D/B/A: [blank]

**Address of Plaintiff:** [blank]
**Attorney (Name & Address):** John Daniels | **MS Bar No.:** 5788
- [ ] Check if Individual Filing Initial Pleading is NOT an attorney
**Signature of Individual Filing:** /s/ [signature]

### Defendant
**Individual:** Last Name: [blank] | First Name: [blank] | Maiden Name: [blank] | M.I.: [blank] | Jr/Sr/III/IV: [blank]

- [ ] Check if Individual Defendant is acting as Executor(trix) or Administrator(trix) — Estate of: [blank]
- [ ] Check if Individual Defendant is acting as Business Owner/Operator (d/b/a) or State Agency — D/B/A or Agency: [blank]

**Business:** GREAT ESCAPES PELAHATCHIE, LP
- [X] Check if Business Defendant is acting in the name of an entity other than above — D/B/A: JELLYSTONE PARK YOGI ON THE LAKE PELAHATCHIE

**Attorney (Name & Address) - If Known:** [blank] | **MS Bar No.:** [blank]

- [ ] Check if child support is contemplated as an issue in this suit.

### Nature of Suit

**Domestic Relations:**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

**Appeals:**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other

**Business/Commercial:**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

**Probate:**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Joint Conservatorship & Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment (Involuntary)

**Children/Minors - Non-Domestic:**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other

**Civil Rights:**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

**Contract:**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

**Statutes/Rules:**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other

**Real Property:**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other

**Torts:**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [X] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other

**EXHIBIT C**

IN THE __CIRCUIT__ COURT OF __Rankin__ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____ _____      Docket No. If Filed
         File Yr    Chronological No.   Clerk's Local ID      Prior to 1/1/94 _____

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages
IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff #2:**

**Individual:** __Pritchett__ __Amy__ (_____) _____ _____
          Last Name      First Name    Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

**Individual:** _____ _____ (_____) _____ _____
          Last Name      First Name    Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

**Individual:** _____ _____ (_____) _____ _____
          Last Name      First Name    Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

In the <u>CIRCUIT</u> Court of <u>RANKIN</u> County, Mississippi

_____ Judicial District, City of _____

Docket No. _____ - _____ _____
          File Yr    Chronological No.   Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

Individual: _____  _____ ( _____ ) _____ _____
              Last Name         First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business <u>Leisure Systems, Inc.</u>
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A <u>Ricky L. Jenkins, 2539 South Gessner Raod, Ste 13, Houston, TX 77063</u>

Attorney for this Defendant: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: _____  _____ ( _____ ) _____ _____
              Last Name         First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

Attorney for this Defendant: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: _____  _____ ( _____ ) _____ _____
              Last Name         First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

Attorney for this Defendant: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

## IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

**HEITH PRITCHETT AND AMY PRITCHETT,**
Parents and Next Friends of K.P.                                           **PLAINTIFFS**

**VS.**                                               **CAUSE NO:** 21-247

**GREAT ESCAPES PELAHATCHIE, LP,**
**d/b/a JELLYSTONE PARK YOGI ON THE**
**LAKE PELAHATCHIE;**
**LEISURE SYSTEMS, INC. AND**
**JOHN DOES 1 THRU 10**                                  **DEFENDANTS**

### SUMMONS

The State of Mississippi
County of Rankin

To:    Great Escapes Pelahatchie, LP
       **Capitol Corporate Services, Inc.**
       **248 E Capitol St., Ste 840**
       **Jackson, MS 39201**

*The Amended Complaint Attached to This Summons is Important and You Must Take Immediate Action to Protect Your Rights.* You are required to mail or hand-deliver a copy of a written response to the Amended Complaint to Baskin L. Jones, the attorney for the Plaintiff whose mailing address is 3417 North State Street, Jackson, MS 39216. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Amended Complaint or a judgment by default will be entered against you for the money or other things demanded in the Amended Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this 22nd day of NOV. 2021.

                                                 REBECCA N. BOYD, CIRCUIT CLERK
                                                 Clerk, Circuit Court of Rankin County

(Seal)                                        By: Circuit Clerk

Proof of Service - Summons

To: **Great Escapes Pelahatchie, LP; Capital Corporate Services, Inc.**
   Pritchett vs. Great Escapes Pelahatchie

I, the undersigned process server, served the Summons upon the person or entity named above in the manner set forth below:

_____   First Class Mail And Acknowledgment Service: By mailing (by first class mail, certified, return receipt requested, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender. *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1 B.)*

_____   Personal Service: I personally delivered copies to _____ on the _____ day of _____, 2021, at approximately _____ m. where I found said person(s) in _____ County of the State of Mississippi.

_____   Residential Service: After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Amended Complaint on the ____ day of _____, 2021, at the usual place of abode of said person by leaving a true copy of the Summons and Amended Complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Amended Complaint, and thereafter on the ___ day of _____, 2021, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____   Certified Mail Service: By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. *(Attach signed return receipt or the return envelope marked "Refused.")*

At the time of service, I was at least eighteen years of age and not a party to this action.

Process Server Must List Below:

Name _____
Address _____
Telephone No. _____

State of Mississippi
County of _____

   Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first by me duly sworn states and oath that the matters and facts set forth in the foregoing "Proof of Service – Summons and Amended Complaint" are true and correct as therein stated.

                                                    _____
                                                    Process Server

Sworn to and Subscribed before me, this _____ day of _____, 2021.

   (Seal)
                                                    _____
                                                    Notary Public

IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

HEITH PRITCHETT AND AMY PRITCHETT,
Parents and Next Friends of K.P.                                    PLAINTIFFS

VS.

CAUSE NO: 21-247

GREAT ESCAPES PELAHATCHIE, LP,
d/b/a JELLYSTONE PARK YOGI ON THE
LAKE PELAHATCHIE;
LEISURE SYSTEMS, INC. AND
JOHN DOES 1 THRU 10                                   DEFENDANTS

## SUMMONS

The State of Mississippi
County of Rankin

To:     Leisure Systems, Inc.
         **Ricky L Jenkins**
         **2539 South Gessner Road, Suite 13**
         **Houston, TX 77063**

*The Amended Complaint Attached to This Summons is Important and You Must Take Immediate Action to Protect Your Rights.* You are required to mail or hand-deliver a copy of a written response to the Amended Complaint to Baskin L. Jones, the attorney for the Plaintiff whose mailing address is 3417 North State Street, Jackson, MS 39216. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Amended Complaint or a judgment by default will be entered against you for the money or other things demanded in the Amended Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this 22nd day of Nov. 2021.

REBECCA N. BOYD, CIRCUIT CLERK
Clerk, Circuit Court of Rankin County

_____
By: Circuit Clerk

(Seal)

Proof of Service - Summons

To: Leisure Systems, Inc.; Ricky L Jenkins
Pritchett vs. Leisure Systems, Inc.

I, the undersigned process server, served the Summons upon the person or entity named above in the manner set forth below:

\_\_\_\_\_  First Class Mail And Acknowledgment Service: By mailing (by first class mail, certified, return receipt requested, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender. *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1 B.)*

\_\_\_\_\_  Personal Service: I personally delivered copies to _____ on the _____ day of _____, 2021, at approximately _____ . m. where I found said person(s) in _____ County of the State of Mississippi.

\_\_\_\_\_  Residential Service: After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Amended Complaint on the \_\_\_ day of _____, 2021, at the usual place of abode of said person by leaving a true copy of the Summons and Amended Complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Amended Complaint, and thereafter on the \_\_\_ day of _____, 2021, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

\_\_\_\_\_  Certified Mail Service: By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. *(Attach signed return receipt or the return envelope marked "Refused.")*

At the time of service, I was at least eighteen years of age and not a party to this action.

Process Server Must List Below:

Name _____
Address _____
Telephone No. _____

State of Mississippi
County of _____

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first by me duly sworn states and oath that the matters and facts set forth in the foregoing "Proof of Service – Summons and Amended Complaint" are true and correct as therein stated.

_____
Process Server

Sworn to and Subscribed before me, this \_\_\_\_\_ day of _____, 2021.

(Seal)

_____
Notary Public

IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

HEITH PRITCHETT AND AMY PRITCHETT,
Parents and Next Friends of K.P.                                    PLAINTIFFS

VS.                                                    CAUSE NO. 61CI1:21-cv-00247-JR

GREAT ESCAPES PELAHATCHIE, LP,
d/b/a JELLYSTONE PARK YOGI ON THE
LAKE PELAHATCHIE;
LEISURE SYSTEMS, INC. AND
JOHN DOES 1 THRU 10                                                 DEFENDANTS

## ENTRY OF APPEARANCE

Comes now **JOHN H. DANIELS, III** of Dyer, Dyer, Jones & Daniels, and enters his appearance in the above styled and numbered cause as counsel for the Plaintiffs.

This, the 29th day of November, 2021.

                            **Respectfully submitted,**

                            **/s/ John H. Daniels, III**
                            **JOHN H. DANIELS, III, MSB #5787**

OF COUNSEL:

DYER, DYER, JONES & DANIELS, P.A.
Post Office Drawer 560
Greenville, MS 38702-0560
Telephone: (662) 378-2626
Facsimile: (662) 378-2672
jhdiii@suddenlinkmail.com

BASKIN L. JONES
JONES LAW, P.A.
Street: 622 Duling Avenue - Suite 220
Mail: 631 Seneca Avenue
Jackson, MS 39216
Tel: (601) 272-2406
Email: baskinjones@gmail.com

## CERTIFICATE OF SERVICE

I, John H. Daniels, III, do hereby certify that I have this day served a copy of the above *Entry of Appearance* on the parties through counsel by filing this notice through the Court's MEC filing system.

This, the 29th day of November, 2021.

/s/ John H. Daniels, III
JOHN H. DANIELS, III, MSB #5787